IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR450 |
| Plaintiff, | ) ) ) | |
| | ) | **O R D E R** |
| v. | ) ) | |
| JAMES OTERO, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Court's own motion.

IT IS ORDERED that the Defendant, James Otero, shall reside in an residential reentry center (RRC) for a period of 120 days pending disposition, to commence at the direction of the Probation Officer, and the defendant shall observe the rules of that facility. The defendant may be discharged earlier than 120 days by the Probation Officer, if the defendant is determined to be in full compliance with the conditions of supervision.

The Defendant shall comply with all previously ordered conditions of supervised release.

Should the Defendant be discharged from the RRC for any reason, or otherwise violate any condition of this order, or the previously set conditions of supervised release, then a warrant shall issue for his arrest.

IT IS SO ORDERED.

DATED this 14th day of January, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge